# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| JEAN COULTER, | : No. 604 MAL 2016 |
| | : |
| Petitioner | : |
| | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| JAMES E. MAHOOD, BRIAN E. | : |
| MCKINLEY, ELISABETH PRIDE, | : |
| DARREN K. OGLESBY, WILDER & | : |
| MAHOOD, WILDER MAHOOD | : |
| MCKINLEY & OGLESBY, MARY BETH | : |
| BEECH, MICHAEL G. BYRNES, AND | : |
| UNKNOWN EMPLOYEE OF WILDER & | : |
| MAHOOD - KNOWN ONLY AS KLL, | : |
| | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.